**JC & C INCORPORATED, a Georgia corporation, Lawrence James Helfrich, a natural person, Jeanne Marie Helfrich, a natural person, Plaintiffs–Appellants,**

**v.**

**PEERLESS INDEMNITY INSURANCE COMPANY, a foreign insurance company, Defendant–Appellee.**

No. 13–12068

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Dec. 17, 2013.

B. Morris Martin, B.M. Martin & Associates, PC, Jasper, GA, for Plaintiffs–Appellants.

William Claxton, Darcy S. Duval, Claxton & Claxton, LLC, Atlanta, GA, for Defendant–Appellee.

Before TJOFLAT, HULL and MARCUS, Circuit Judges.

PER CURIAM:

This is a suit on a fire insurance policy. The insurance company, Peerless, denied coverage on the grounds, among others, that plaintiffs, JC & C and James and Jeanne Marie Helfrich, made material misrepresentations and failed to produce requested documents, thereby voiding the policy's coverage.

Following discovery, Peerless moved the District Court for summary judgment. The court granted the motion and gave Peerless judgment. Plaintiffs now appeal arguing that material issues of fact precluded summary judgment. The District Court rejected their argument, and we do as well.

**AFFIRMED.**